**Order filed June 28, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00446-CV
_____

### AR-RAHIM METAL TRADING, INC., Appellant

### V.

### JH WALKER INC. D/B/A JH WALKER TRUCKING, Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1099700**

---

## O R D E R

The notice of appeal in this case was filed May 25, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Therefore, we order appellant to pay the filing fee of $205.00 to the clerk of this court by **July 9, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM